FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
28301
08-DEC-2010
12:46 PM**

NO. 28301

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---oOo---

FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Plaintiff-Appellant, v.
ANGEL DAYOAN, SR., Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 05-1-0150)

ORDER OF CORRECTION
(By: Reifurth, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion of the Court filed on November 18, 2010, is corrected as follows:

In the last sentence on page 20, the word "First" is deleted and replaced with the word "Third" so that it reads:

was entered in the Circuit Court of the Third Circuit.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, December 8, 2010.

*[signature]*

Associate Judge

---

[1]    Nakamura, C.J., Fujise and Reifurth, JJ.